NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

## 2009-1147,-1162

### ASPEX EYEWEAR INC.
### and CONTOUR OPTIK, INC.,

Plaintiffs-Appellants,

v.

### CLARITI EYEWEAR, INC.,

Defendant-Cross-Appellant.

Appeals from the United States District Court for the Southern District of New York in 07-CV-2373, Judge Denny Chin.

## ON MOTION

## O R D E R

Aspex Eyewear, Inc. and Contour Optik, Inc. move to substitute Michael A. Nicodema as principal counsel and to withdraw Russell Faegenburg as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Russell W. Faegenburg, Esq.
Andrew W. Skale, Esq.
Michael A. Nicodema, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2009

JAN HORBALY
CLERK